**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DENISE D. TUTOLO,

                      Plaintiff,                  18 **CIVIL** 10538 (ER) (KNF)

    -against-

                                                                  **JUDGMENT**

NANCTY A. BERRYHILL, Acting
Commissioner of Social Security,

                      Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Amended Opinion and Order dated March 31, 2020, Judge Fox's R&R is adopted in part and rejected in part; Tutolo's unopposed motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) is granted, and the case is remanded to the Commissioner of Social Security for further proceedings.

**Dated:** New York, New York
          March 31, 2020

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                         Clerk of Court
                            **BY:**
                                                         _____
                                                          **Deputy Clerk**